UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CARRICK, David M.

Case No.: 20-13740  
Chapter: 7  
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, Chief Judge, on May 19, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
10 Regal Drive
Monmouth Junction, NJ  08852

FMV = $340,000

Liens on property:

Lien = $268,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
David M. Carrick  
    Debtor

Case No. 20-13740-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Apr 17, 2020  
                  Form ID: pdf905    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.

```
db            +David M. Carrick,    10 Regal Drive,    Monmouth Junction, NJ 08852-3046
cr            +Millennium Bagel X, Inc.,    c/o Hellring Lindeman Goldstein & Siegal,    One Gateway Center,
                8th Floor,    Newark, NJ 07102-5323
518747386     +506 Washington Street LLC,    c/o Anthony F. Gralewski, Esq.,    55 College Street,
                Jersey City, NJ 07305-1513
518747388     +A. Mr. Pest Jr.,    103 Godwin Avenue,    Midland Park, NJ 07432-1813
518747389     +AGA Fine Food, LLC,    POB 367,    Palisades Park, NJ 07650-0367
518747390    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Littel Falls Dri,    Wilmington, DE)
518747391     +Auto-chlor,    685 Gotham Parkway,    Carlstadt, NJ 07072-2403
518747392     +City of Hoboken Health Department,    94 Washington Street,    Hoboken, NJ 07030-4556
518747393     +David Carrick,    10 Regal Drive,    Monmouth Junction, NJ 08852-3046
518747394     +Diaco Food Service,    110 Pennsylvania Ave.,    Paterson, NJ 07503-2510
518747395     +FifthThird Bank,    POB 630778,    Cincinnati, OH 45263-0778
518747396      Franklin Mutual Insurance Company,    899 Mountain Ave, Suite 3B,
                South Plainfield, NJ 07080-3403
518747397     +Gerald Provisions... Inc.,    23 Wescott Street,    Westwood, NJ 07675-7432
518747398     +Golden Malted,    POB 129,    Concordville, PA 19331-0128
518747399      Hackensack Supply Company,    POB 9149,    Paramus, NJ 07653-9149
518747400      Mauro's Deliveries Fastr Food Service L,    Hackensack, NJ
518747401     +Millennium Bagel X, Inc.,    c/o Hellring Lindeman Goldstein,& Siegel,    One Gateway Center,
                Newark, NJ 07102-5310
518747402     +Nissan Motor Acceptance Corporation,    POB 660577,    Dallas, TX 75266-0577
518747405     +PS&G CO,    POB 14444,    New Brunswick, NJ 08906-4444
518747404     +Project Loan,    POB 29429,    Atlanta, GA 30359-0429
518747406     +Quicken Loans,    POB 6577,    Carol Stream, IL 60197-6577
518747407     +Rockland Bakery,    94 Demarest Mill Road,    Nanuet, NY 10954-2989
518747408     +Shanna Manuel,    412 26th Street,    Apt. 4,    Union City, NJ 07087-4542
518747409     +Stacks Pancake House & Cafe,    506 Washington St.,    Hoboken, NJ 07030-4906
518747410      Swede Farms,    480 Alfred Avenue,    Ridgefield Park, NJ 07660
518747411     +TD,    POB 8400,    Lewiston, ME 04243-8400
518747412     +Yankee Linnen,    63 Second Ave.,    Paterson, NJ 07514-2003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 23:22:30     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 23:22:29     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518747403      E-mail/Text: bcwrtoff@cablevision.com Apr 17 2020 23:22:54     Optimum,    1111 Stewart Ave,
                Bethpage, NY 11714-3581
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518747387*    +506 Washington Street LLC,    c/o Anthony F. Gralewski, Esq.,    55 College Street,
                Jersey City, NJ 07305-1513
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                          Signature: /s/Joseph Speetjens

```
District/off: 0312-3                  User: admin                    Page 2 of 2                  Date Rcvd: Apr 17, 2020
                                      Form ID: pdf905                Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Bruce S. Etterman     on behalf of Creditor    Millennium Bagel X, Inc. bsetterman@hlgslaw.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Richard  Honig    on behalf of Creditor    Millennium Bagel X, Inc. rbhonig@hlgslaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Pegg, Jr.     on behalf of Debtor David M. Carrick williamlpeggjr@gmail.com,
               williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                                             TOTAL: 7
```